UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUINTIN J. BALLENTINE AND THE RESIDENTS OF 245 WEST 131ST DEVELOPMENT LLC,

Plaintiffs,

-against-

245 WEST 131ST DEVELOPMENT LLC (CITY FHEPS),

Defendant.

25-cv-9990 (KMW)

CIVIL JUDGMENT

For the reasons stated in the July 29, 2026, Order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.

SO ORDERED.

Dated: September 24, 2026
New York, New York

/s/ Kimba M. Wood
KIMBA M. WOOD,
United States District Judge